# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

REED MARTIN RASMUSSEN

Case Number: 6:08-Cr-141-Orl-31KRS

USM Number: 46384-008

Clarence W. Counts, Jr.
201 S. Orange Ave. #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 4 and 5 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | New Criminal Conduct: Fleeing and Eluding - Wanton disregard | April 25, 2008 |
| 5 | New criminal conduct: Driving under the influence | April 25, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions 1, 2, 3, and 6 and is discharged as to such violations.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/6/2009

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

January 6, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

REED MARTIN RASMUSSEN  
6:08-Cr-141-Orl-31KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed in Docket Number 2008CF002129A, Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida. The defendant shall receive credit for time served in federal custody.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case